**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADEYEMI B., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO. 25-6722 |

**JUDGMENT ORDER**

**AND NOW**, this 31st day of July, 2026, upon consideration of Plaintiff's Brief and Statement of Issues (Doc. No. 10) and the Commissioner's Response (Doc. No. 11),[1] it is hereby **ORDERED** that Judgment is entered in favor of the Commissioner.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

[1] Plaintiff failed to file a Reply to the Commissioner's Response by the deadline and failed to request an extension to do so. *See* Doc. No. 8.